UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID JOHN FORRETTE,

      Plaintiff,

v.                                 Case No:   2:15-cv-573-FtM-38CM

FEDERAL AVIATION
ADMINISTRATION, E. ALAN
TUROW, FREDERICK F. TILTON
and ADAM HUERTA,

      Defendants.

_____/

## ORDER[1]

      This matter comes before the Court on Plaintiff David John Forrette's Motion for Change of Federal Judge (Doc. #10).  On September 25, 2015, the Court took time to warn Plaintiff about proceeding *pro se*.  One of those warnings specified that "all pleadings and other papers tendered the Court must be **typewritten, double-spaced, in at least twelve-point type, on unglazed white 8 ½ x 11 paper** . . . ." (Doc. #6 at 2 (citing M.D. Fla. R. 1.05(a)) (emphasis added).  The Court also warned Plaintiff that he "shall not correspond with the Court or any Judge in letter form." (Doc. #6 at 2).  Plaintiff did not heed these warnings and filed a hand-written, one page letter "motion" where he explains that he would like his case to be reassigned to another judge. (Doc. #10).  The Court will construe this as a Motion for Recusal.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Pursuant to 28 U.S.C. § 455(a), a judge "shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." "The inquiry of whether a judge's impartiality might reasonably be questioned under § 455(a) is an objective standard designed to promote the public's confidence in the impartiality and integrity of the judicial process. [] Thus, the court looks to the perspective of a reasonable observer who is *informed of all the surrounding facts and circumstances*." *In re Evergreen Sec., Ltd.*, 570 F.3d 1257, 1263 (11th Cir. 2009) (citation omitted) (emphasis in original).  Here, Plaintiff failed to articulate a single reason as to why the undersigned should recuse from this action.  And the undersigned finds no reason why a reasonable observer, informed of all the surrounding facts and circumstances of this action, would find recusal is necessary or appropriate.  Consequently, Plaintiff's Motion is denied.

Accordingly, it is now

**ORDERED:**

1. Plaintiff David John Forrette's Motion for Change of Federal Judge (Doc. #10) is **DENIED**.

2. The Clerk is directed to mail a copy of this Order to Plaintiff David John Forrette.

**DONE** and **ORDERED** in Fort Myers, Florida, this 21st day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record