UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID JOHN FORRETTE,

    Plaintiff,

v.                                               Case No: 2:15-cv-573-FtM-38CM

FEDERAL AVIATION
ADMINISTRATION, E. ALAN
TUROW, FREDERICK F. TILTON
and ADAM HUERTA,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. On September 25, 2015, the Court required Plaintiff David John Forrette to file a new complaint by October 9, 2015, as the operative Complaint is hand-written and illegible. (Doc. #6 at 5). The Court specified that the amended complaint must include (1) facts relating to the claim; (2) grounds for the Court's subject matter jurisdiction; (3) grounds for the Court's personal jurisdiction over the named Defendants; (4) clearly-set out claims; and (5) a clear demand for the relief sought. (Doc. #6 at 5). Plaintiff has failed to file an amended complaint.

The Court will allow Plaintiff David John Forrette one last chance. Plaintiff has until Friday, November 6, 2015, to file an amended complaint containing the information

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

specified above.  Failure to comply with this Order will result in this action being dismissed without further notice.

Plaintiff David John Forrette is encouraged to review the Court's September 25, 2015 Order again, as it has information that will assist him in proceeding *pro se*.

Accordingly, it is now

**ORDERED:**

1. Plaintiff David John Forrette has until **Friday, November 6, 2015**, to file an amended complaint, as specified in this Order.  Failure to do so will result in this action being dismissed without further notice.

2. The Clerk is directed to mail a copy of this Order and the Court's September 25, 2015 Order (Doc. #6) to Plaintiff David John Forrette.

**DONE** and **ORDERED** in Fort Myers, Florida, this 21st day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record