UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID JOHN FORRETTE,

    Plaintiff,

v.                                Case No:  2:15-cv-573-FtM-38CM

FEDERAL AVIATION
ADMINISTRATION, E. ALAN
TUROW, FREDERICK F. TILTON
and ADAM HUERTA,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the docket. On September 25, 2015, the Court alerted Plaintiff that the operative Complaint did not meet the requirements set out in the Federal Rules of Civil Procedure. (Doc. #6). Because Plaintiff was proceeding *pro se*, the Court gave Plaintiff until October 9, 2015, to fix these errors and file an amended complaint. (Doc. #6). Plaintiff failed to meet this deadline. So, on October 22, 2015, the Court extended the deadline until November 6, 2015. (Doc. #12). The Court warned Plaintiff that if he failed to meet this deadline, this action would be dismissed. (Doc. #12). Plaintiff did not heed the Court's warning and has yet to file an amended complaint. Therefore, because Plaintiff has not filed an amended complaint or

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requested additional time to do so, the Court finds good cause to dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED** without prejudice.

2. The Clerk is directed to terminate any pending motions or deadlines, close this file, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida, this 16th day of November, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record